NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**MANCHINO HUDSON,**
*Defendant-Appellant.*

_____

2012-1512 .

_____

Appeal from the United States District Court for the Middle District of Georgia in case no. 11-CR-0039, Judge W. Louis Sands.

## ORDER

The court considers whether this appeal should be dismissed or transferred.

Manchino Hudson appeals from judgment of the United States District Court for the Middle District of Georgia which sentenced him to imprisonment for 64 months. This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295. The court also notes that this appeal already appears to be docketed at the United States Court of Appeals for the Eleventh Circuit. *See United States v. Hudson*, 12-13584-C.

Accordingly,

IT IS ORDERED THAT:

(1)  The parties are directed to respond within 14 days from the date of filing of this order concerning whether this petition should be transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

(2)  The briefing scheduled is stayed.

FOR THE COURT

AUG 2 2 2012
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Leah E. McEwen, Esq.
     Demetria Nicole Williams, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK